UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL D. ROSEN, Grantor; TRUSTEE OF THE SAMUEL D. ROSEN, 2006 TRUST,,<br><br>Plaintiffs,<br><br>-against-<br><br>THE STATE OF FLORIDA; THE HONORABLE CHARLES R. CANADY; HONORABLE KEVIN EMAS; HONORABLE JEFFREY LEVENSON,,<br><br>Defendants. | 22-CV-6938 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 19, 2022
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge